# MEMORANDA

## OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

### No. 4,859.—IN RE JOHN JACOB JEWELL.

Application for reinstatement to the Bar of Montana.

Decided January 4, 1922.

PER CURIAM.—Now on this day comes John Jacob Jewell, and through L. A. Foot, Esq., Assistant Attorney General, presents his petition for reinstatement to the bar of this court. Whereupon, on consideration, it is found that the said John Jacob Jewell has complied with the requirements laid down at the time of his suspension relative to his reinstatement (see *In re Jewell*, 60 Mont. 602, 201 Pac. 266), and the necessary time having elapsed, it is ordered that he be, and he is hereby, reinstated in his office as an attorney and counselor at law in all the courts of this state.

---

### No. 4,580.—GORDON CAMPBELL, APPELLANT, *v.* L. H. SENNETT ET AL., RESPONDENTS.

*Appeal from District Court, Musselshell County; Geo. P. Jones, Judge.*

Decided January 4, 1922.

PER CURIAM.—Pursuant to motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. Thos. J. Mathews,* for Appellant.